**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| TIESHA BALDWIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-cv-13004 |
| WALMART, INC., a Delaware Corporation, d/b/a WALMART SUPERCENTER, | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## WALMART INC.'S NOTICE OF REMOVAL

Defendant WALMART INC., a Delaware Corporation, named in the Complaint as "Walmart, Inc., a foreign corporation d/b/a Walmart Supercenter" ("Walmart"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby provides notice of its removal of this action from the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of removal, Walmart states as follows:

### I. THE STATE COURT ACTION

1. On August 14, 2026, Plaintiff Tiesha Baldwin filed a Complaint at Law in the Circuit Court of Cook County, Illinois, County Department, Law Division, captioned *Tiesha Baldwin v. Walmart, Inc., a foreign corporation d/b/a Walmart Supercenter*, Case No. 2026 L 009621 (the "State Court Action").

2. Plaintiff alleges that she sustained personal injuries on August 25, 2024, while shopping at a Walmart Supercenter located at 10900 South Doty Avenue in Chicago, Cook County, Illinois. Plaintiff alleges that she slipped and fell on grapes, liquid, produce, and/or debris in the store's

produce department and seeks damages for personal injuries allegedly resulting from that occurrence.

3. Walmart was served with process through its registered agent, C T Corporation System, on August 24, 2026.

4. True and correct copies of all process, pleadings, and orders served upon Walmart in the State Court Action, including the summons and Complaint and any orders entered and served to date, are attached collectively as Exhibit 1, as required by 28 U.S.C. § 1446(a).

## II. THIS COURT HAS ORIGINAL DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)(1)

5. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A. Complete Diversity Exists

6. Upon information and belief, Plaintiff Tiesha Baldwin was domiciled in Illinois at the time this action was commenced and remains domiciled in Illinois. Plaintiff is therefore a citizen of Illinois for purposes of diversity jurisdiction.

7. Walmart Inc. is incorporated under the laws of the State of Delaware and maintains its principal place of business in Bentonville, Arkansas. Accordingly, Walmart is a citizen of Delaware and Arkansas pursuant to 28 U.S.C. § 1332(c)(1).

8. Walmart is not a citizen of Illinois. Accordingly, complete diversity exists, and the forum-defendant limitation contained in 28 U.S.C. § 1441(b)(2) does not bar removal.

### B. The Amount in Controversy Exceeds $75,000

9. The amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff's Complaint alleges personal injuries and seeks damages including, among other things, past and future medical expenses, pain and suffering, disability, loss of normal life, lost wages and income, and other damages arising from the occurrence.

11. Illinois law generally prohibits a plaintiff in a personal injury action from pleading a specific monetary amount except as necessary to comply with circuit-court assignment rules. 735 ILCS 5/2-604.2(a). Accordingly, Plaintiff's Complaint did not specify an amount exceeding the federal jurisdictional threshold.

12. On September 22, 2026, after commencement of the State Court Action, Plaintiff, through counsel, transmitted to Walmart's counsel a formal written settlement demand seeking $400,000 to resolve the claims asserted in this action.

13. Plaintiff's September 22, 2026 written demand therefore affirmatively established that the amount Plaintiff places in controversy exceeds $75,000, exclusive of interest and costs. See *Meridian Sec. Ins. Co. v. Sadowski*, 441 F.3d 536, 541-42 (7th Cir. 2006).

14. Plaintiff's September 22, 2026 written settlement demand was the first post-complaint paper received by Walmart that affirmatively and unambiguously disclosed that Plaintiff sought damages exceeding the federal jurisdictional threshold.

15. Accordingly, the amount-in-controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

## III. REMOVAL IS TIMELY

16. Under 28 U.S.C. § 1446(b)(3), when a case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after the defendant receives an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is removable.

17. The Seventh Circuit has held that the 30-day removal period begins when the defendant receives a pleading or other litigation paper that affirmatively and unambiguously reveals that the

case is removable. *Walker v. Trailer Transit, Inc*., 727 F.3d 819, 825 (7th Cir. 2013) ("…the clock commences *only* when the defendant receives a post-complaint pleading or other paper that affirmatively and unambiguously specifies a damages amount sufficient to satisfy the federal jurisdictional minimums.") (emphasis in original).

18. Plaintiff's initial pleading did not affirmatively and unambiguously disclose an amount in controversy exceeding $75,000. Plaintiff's September 22, 2026 written demand expressly sought $400,000 and was the first post-complaint paper received by Walmart specifying a damages amount sufficient to satisfy the federal jurisdictional minimum.

19. Walmart is filing this Notice of Removal on October 22, 2026, within 30 days of its receipt of Plaintiff's September 22, 2026 demand. Removal is therefore timely under 28 U.S.C. § 1446(b)(3).

20. This action also is being removed within one year after its commencement, as required for removal based on diversity jurisdiction by 28 U.S.C. § 1446(c)(1).

## IV. <u>VENUE IS PROPER IN THIS DISTRICT AND DIVISION</u>

21. The State Court Action is pending in the Circuit Court of Cook County, Illinois.

22. Cook County lies within the Eastern Division of the United States District Court for the Northern District of Illinois. 28 U.S.C. § 93(a)(1).

23. The alleged occurrence also took place in Cook County, Illinois.

24. Accordingly, removal to the Northern District of Illinois, Eastern Division, is proper under 28 U.S.C. § 1441(a).

## V. <u>NOTICE TO THE PLAINTIFF AND THE STATE COURT</u>

25. Promptly after filing this Notice of Removal, Walmart will provide written notice of the removal to all adverse parties and will file a copy of this Notice with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

## VI. RESERVATION OF RIGHTS AND JURY DEMAND

26. By removing this action, Walmart does not waive, and expressly preserves, all defenses, objections, and rights available under federal or state law, including all defenses under Federal Rule of Civil Procedure 12.

27. Nothing contained in this Notice of Removal constitutes an admission concerning the truth, sufficiency, or legal effect of any allegation in Plaintiff's Complaint or settlement demand.

28. To the extent necessary, Walmart demands trial by jury on all issues so triable.

WHEREFORE, Defendant WALMART INC. respectfully removes this action from the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 2026 L 009621, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

**WALMART INC.**

By: /s/ *Chase M. Gruszka*
One of Its Attorneys

Date: October 22, 2026

Chase M. Gruszka
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
141 West Jackson Boulevard, Suite 1575
Chicago, Illinois 60604
Telephone: (312) 566-0040 ext. 4805
Mobile: (630) 319-3942
Facsimile: (312) 566-0041
Email: chase.gruszka@qpwblaw.com
ARDC No. 6310908

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, I caused a true and correct copy of the foregoing ***Notice of Removal*** and its attachments to be served upon counsel for Plaintiff by electronic mail addressed as follows:

Justin Lewicky
Disparti Law Group, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
(312) 506-5511
Justin.Lewicky@dispartilaw.com
Counsel for Plaintiff Tiesha Baldwin

*/s/ Chase M. Gruszka*

Chase M. Gruszka
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
141 West Jackson Boulevard, Suite 1575
Chicago, Illinois 60604
Telephone: (312) 566-0040 ext. 4805
Mobile: (630) 319-3942
Facsimile: (312) 566-0041
Email: chase.gruszka@qpwblaw.com
ARDC No. 6310908

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links
Court Date: 10/14/2026 9:30 AM

FILED
8/14/2026 12:54 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L009621
Calendar, F
39519479

FILED DATE: 8/14/2026 12:54 PM 2026L009621

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Tiesha Baldwin
*Who started the case.* — *First, Middle, and Last Name or Business Name*

2026L009621
**Case Number**

**DEFENDANTS/RESPONDENTS:** Walmart, Inc., a foreign corporation
d/b/a Walmart Supercenter
*Who the case was filed against.* — *First, Middle, and Last Name or Business Name*

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 50 West Washington Street Chicago, Illinois 60602
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

__________ at __________ ☐ a.m. ☐ p.m. in __________.
*Month, Day, Year* — *Time* — *Courtroom Number*

FILED DATE: 8/14/2026 12:54 PM 2026L009621

Case Number: 2 0 2 6 0 3 0 2 4 9 *

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: ______________________________
*Courtroom Address* *Courtroom Number*

☐ **Remotely** (video or telephone)

**By video conference** at: ______________________________
*Video Conference Website*

Log-in information: ______________________________
*Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone** at: ______________________________
*Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: ____________________ or Website: ______________________________
*Circuit Clerk's Phone Number* *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 50,000.00.
*(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: ______________.
*Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Walmart, Inc
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

C T Corporation System
*First, Middle, and Last Name*

Street Address: 208 SO LASALLE STREET SUITE 814
*Street, Apt #*

City, State, ZIP: Chicago, IL 60604
*City* *State* *Zip*

Telephone: ______________________ Email: ______________________



EXHIBIT 1

FILED DATE: 8/14/2026 12:54 PM 2026L009621

Case Number: 2 0 2 6 0 3 0 2 4 9 *

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: ______________________
*Street, Apt #*

City, State, ZIP: ______________________
*City* *State* *Zip*

Telephone: ______________ Email: ______________

d. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: ______________________
*County & State*

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Disparit Law Group (Attorneys for Plaintiff) - Attorney No. 57548
*First, Middle and Last Name*

Registered Agent's name, if any ______________________
*First, Middle and Last Name*

Street Address 121 West Wacker Drive Ste. 2300
*Street, Apt #*

City, State, ZIP: Chicago, IL 60601
*City* *State* *Zip*

Telephone: ______________ Email: ______________

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

8/14/2026 12:54 PM Mariyana T. Spyropoulos

**To be filled in by the Circuit Clerk:**

Witness this Date: ______________________

Clerk of the Court: ______________________

Seal of Court

CLERK CIRCUIT COURT OF COOK COUNTY

**To be filled in by an officer or process server:**

Date of Service: ______________________

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

Case Number: * 2 0 2 6 0 3 0 2 4 9 *

FILED DATE: 8/14/2026 12:54 PM 2026L009621

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**

- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons)**:

- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**

- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**

- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: 2 0 2 6 0 3 0 2 4 9 *

FILED DATE: 8/14/2026 12:54 PM 2026L009621

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st* Summons *issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Tiesha Baldwin
*Who started the case.* — *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Walmart, Inc., a foreign corporation d/b/a Walmart Supercenter
*Who the case was filed against.* — *First, Middle, and Last Name or Business Name*

2026L009621
**Case Number**

STOP Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is ______________________ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: ______________________
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________

On this date: ____________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________

City, State, ZIP: ______________________

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: ______________________
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________

On this date: ____________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________

City, State, ZIP: ______________________

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: ____________.



EXHIBIT 1

Case Number: 2 0 2 6 0 3 0 2 4 9 *

FILED DATE: 8/14/2026 12:54 PM 2026L009621

☐ On the **Business's agent:** ______________________________
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: ______________

On this date: ______________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________________________

City, State, ZIP: ______________________________________________

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: ______________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________________________

City, State, ZIP: ______________________________________________

Other information about service attempt:

______________________________________________

______________________________________________

______________________________________________

**Second Attempt:** On this date: ______________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________________________

City, State, ZIP: ______________________________________________

Other information about service attempt:

______________________________________________

______________________________________________

______________________________________________

**Third Attempt:** On this date: ______________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________________________

City, State, ZIP: ______________________________________________

Other information about service attempt:

______________________________________________

______________________________________________

______________________________________________

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ ______________________ Print Your Name ______________________

You are: ☐ Sheriff in Illinois ☐ Special process server

☐ Sheriff outside Illinois: ______________ ☐ Licensed private detective, license number: ______________

*County and State* *License number*

**FEES:**

Service and Return: $__________ Miles: $__________ Total: $__________



EXHIBIT 1

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will 12-Person Jury
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links
Court Date: 10/14/2026 9:30 AM

FILED
8/14/2026 12:54 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L009621
Calendar, F
39519479

FILED DATE: 8/14/2026 12:54 PM 2026L009621

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| **TIESHA BALDWIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.** 2026L009621 |
| | ) | |
| **WALMART, INC., a Foreign Corporation d/b/a WALMART SUPERCENTER,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, TIESHA BALDWIN, by and through her attorneys, DISPARTI LAW GROUP, PA., and for her Complaint against the Defendant, WALMART, INC., a Foreign Corporation d/b/a WALMART SUPERCENTER (hereinafter "WALMART"), states as follows:

1. On August 25, 2024, and at all times relevant, Defendant, WALMART, was a Delaware Corporation, licensed, in good standing and doing business in Cook County, Illinois, including the use and presence of its properties and employees therein.

2. At all times relevant herein, the Defendant, WALMART, owned, operated, maintained, managed, supervised and controlled the "WALMART SUPERCENTER" store and premises located at 10900 South Doty Avenue, City of Chicago, County of Cook, State of Illinois.

3. On August 25, 2024, Plaintiff, TIESHA BALDWIN, was lawfully on Defendant, WALMART'S premises located at or about 10900 South Doty Avenue, City of Chicago, County of Cook, State of Illinois.

4. At the aforesaid time and place, Plaintiff was walking through the produce section of WALMART's store and, as a direct and proximate result of WALMART's negligence, was caused to slip and fall on liquid and scattered produce and/or debris that WALMART caused to be present on the floor and allowed to remain on the floor for an unreasonable length of time.



For updated information about your case, including hearings, subsequent filings
and other case information, please visit our Online Case Search
and search for your case: https://casesearch.cookcountyclerkofcourt.org

EXHIBIT 1

5. On August 25, 2024, and at all times relevant, Plaintiff, TIESHA BALDWIN, was exercising reasonable care for her own safety.

6. At all times relevant, Defendant, WALMART, had a duty to exercise reasonable care in the maintenance of the floor and equipment, including shelves, boxes and/or display areas for produce and other items in its store, particularly in the areas frequented by customers, so as to avoid injury to Plaintiff, TIESHA BALDWIN, and other patrons lawfully thereon.

7. At the aforesaid time and place, Defendant, WALMART, by and through its employees, servants, actual and/or apparent agents, and officials, was guilty of the following negligent actions and/or omissions to act:

a. Negligently, carelessly and improperly caused liquid, produce and/or debris to be spilled upon its flooring in an area frequented by patrons;

b. Negligently, carelessly and improperly failed to remove liquid, produce and/or debris, from its floor when Defendant knew or, through the exercise of reasonable care, should have known of said substances on its floor;

c. Negligently, carelessly and improperly failed to warn its patrons, by placement of caution signs or otherwise, of the liquid, produce and/or debris on the floor and the dangers presented therein;

d. Negligently, carelessly and improperly failed to inspect its premises for the existence of dangerous conditions on and around its premises, particularly the floor in shopping aisles and other areas frequented by patrons;

e. Permitted the flooring surface of its shopping aisles and other areas frequented by patrons to accumulate liquid, produce and/or debris, when Defendant knew or, through the exercise of ordinary care, should have known that it created a hazardous condition for patrons lawfully proceeding about its premises, including Plaintiff;

f. Failed to maintain its floor in a reasonably safe condition for use by patrons, such as Plaintiff;

g. Failed to clean up hazardous spilled liquid and debris for an unreasonably long period of time;

h. Failed to identify, mark, block off, or otherwise alert and prevent customers from encountering hazardous spilled liquid and debris for an unreasonable period of time;

i. Spilled, allowed to fall, or otherwise damaged product containers or packaging, creating an accumulation of water and debris which was present on the floor for an unreasonable period of time;

j. Failed to maintain its packaging, displays, storage containers and other equipment, such that they spilled, leaked, fell over, or otherwise created an accumulation of liquid and debris which was present for an unreasonable period of time; and

k. Was otherwise careless and negligent.

8. As a direct and proximate result of the aforementioned negligent acts and/or omissions to act by the Defendant, WALMART, by and through its employes, servants, actual and/or apparent agents and officers, the Plaintiff, TIESHA BALDWIN, was then and there caused to slip and fall and sustain personal injuries of a permanent and lasting nature; was caused and will in the future be caused to endure pain, suffering, medical procedures and therapies, disfigurement and disabilities; has been caused and will in the future be caused to incur significant expenses, medical and otherwise; has been deprived of wages and income she otherwise would have accumulated; and has suffered a loss of a normal life as a result of said injuries.

WHEREFORE, the Plaintiff, TIESHA BALDWIN, prays for judgment to be entered by this Honorable Court in her favor and against the Defendant, WALMART, INC., a Foreign Corporation d/b/a "WALMART SUPERCENTER," in an amount exceeding FITY-THOUSAND DOLLARS ($50,000.00) plus costs of suit.

Respectfully submitted,

By: ______________________
Justin Lewicky, Esq.

Justin Lewicky
Attorney for Plaintiff
Disparti Law Group, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
Tel. (312) 506-5511, ext. 528
justin.lewicky@dispartilaw.com
Cook ID 57548



EXHIBIT 1

* 2 0 2 6 0 3 0 2 4 9 *

FILED DATE: 8/14/2026 12:54 PM 2026L009621

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| **TIESHA BALDWIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.** ____________ |
| | ) | |
| **WALMART, INC., a Foreign Corporation** | ) | |
| **d/b/a WALMART SUPERCENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**RULE 222(B) AFFIDAVIT OF DAMAGES**

That I, JUSTIN LEWICKY, an adult over the age of 18, do hereby attest that the damages sought in the instant action exceeds FIFTY-THOUSAND DOLLARS ($50,000.00).

Respectfully submitted,

By: ______________________
Justin Lewicky, Esq.

Justin Lewicky
Attorney for Plaintiff
Disparti Law Group, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
Tel. (312) 506-5511, ext. 528
justin.lewicky@dispartilaw.com
Cook ID 57548



EXHIBIT 1

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will
12-Person Jury
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links
Court Date: 10/14/2026 9:30 AM

FILED
8/14/2026 12:54 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L009621
Calendar, F
39519479

FILED DATE: 8/14/2026 12:54 PM 2026L009621

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| **TIESHA BALDWIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.** 2026L009621 |
| | ) | |
| **WALMART, INC., a Foreign Corporation d/b/a WALMART SUPERCENTER,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, TIESHA BALDWIN, by and through her attorneys, DISPARTI LAW GROUP, PA., and for her Complaint against the Defendant, WALMART, INC., a Foreign Corporation d/b/a WALMART SUPERCENTER (hereinafter "WALMART"), states as follows:

1. On August 25, 2024, and at all times relevant, Defendant, WALMART, was a Delaware Corporation, licensed, in good standing and doing business in Cook County, Illinois, including the use and presence of its properties and employees therein.

2. At all times relevant herein, the Defendant, WALMART, owned, operated, maintained, managed, supervised and controlled the "WALMART SUPERCENTER" store and premises located at 10900 South Doty Avenue, City of Chicago, County of Cook, State of Illinois.

3. On August 25, 2024, Plaintiff, TIESHA BALDWIN, was lawfully on Defendant, WALMART'S premises located at or about 10900 South Doty Avenue, City of Chicago, County of Cook, State of Illinois.

4. At the aforesaid time and place, Plaintiff was walking through the produce section of WALMART's store and, as a direct and proximate result of WALMART's negligence, was caused to slip and fall on liquid and scattered produce and/or debris that WALMART caused to be present on the floor and allowed to remain on the floor for an unreasonable length of time.



For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

EXHIBIT 1

* 2 0 2 6 0 3 0 2 4 9 *

FILED DATE: 8/14/2026 12:54 PM 2026L009621

5. On August 25, 2024, and at all times relevant, Plaintiff, TIESHA BALDWIN, was exercising reasonable care for her own safety.

6. At all times relevant, Defendant, WALMART, had a duty to exercise reasonable care in the maintenance of the floor and equipment, including shelves, boxes and/or display areas for produce and other items in its store, particularly in the areas frequented by customers, so as to avoid injury to Plaintiff, TIESHA BALDWIN, and other patrons lawfully thereon.

7. At the aforesaid time and place, Defendant, WALMART, by and through its employees, servants, actual and/or apparent agents, and officials, was guilty of the following negligent actions and/or omissions to act:

a. Negligently, carelessly and improperly caused liquid, produce and/or debris to be spilled upon its flooring in an area frequented by patrons;

b. Negligently, carelessly and improperly failed to remove liquid, produce and/or debris, from its floor when Defendant knew or, through the exercise of reasonable care, should have known of said substances on its floor;

c. Negligently, carelessly and improperly failed to warn its patrons, by placement of caution signs or otherwise, of the liquid, produce and/or debris on the floor and the dangers presented therein;

d. Negligently, carelessly and improperly failed to inspect its premises for the existence of dangerous conditions on and around its premises, particularly the floor in shopping aisles and other areas frequented by patrons;

e. Permitted the flooring surface of its shopping aisles and other areas frequented by patrons to accumulate liquid, produce and/or debris, when Defendant knew or, through the exercise of ordinary care, should have known that it created a hazardous condition for patrons lawfully proceeding about its premises, including Plaintiff;

f. Failed to maintain its floor in a reasonably safe condition for use by patrons, such as Plaintiff;

g. Failed to clean up hazardous spilled liquid and debris for an unreasonably long period of time;

h. Failed to identify, mark, block off, or otherwise alert and prevent customers from encountering hazardous spilled liquid and debris for an unreasonable period of time;



EXHIBIT 1

i. Spilled, allowed to fall, or otherwise damaged product containers or packaging, creating an accumulation of water and debris which was present on the floor for an unreasonable period of time;

j. Failed to maintain its packaging, displays, storage containers and other equipment, such that they spilled, leaked, fell over, or otherwise created an accumulation of liquid and debris which was present for an unreasonable period of time; and

k. Was otherwise careless and negligent.

8. As a direct and proximate result of the aforementioned negligent acts and/or omissions to act by the Defendant, WALMART, by and through its employes, servants, actual and/or apparent agents and officers, the Plaintiff, TIESHA BALDWIN, was then and there caused to slip and fall and sustain personal injuries of a permanent and lasting nature; was caused and will in the future be caused to endure pain, suffering, medical procedures and therapies, disfigurement and disabilities; has been caused and will in the future be caused to incur significant expenses, medical and otherwise; has been deprived of wages and income she otherwise would have accumulated; and has suffered a loss of a normal life as a result of said injuries.

WHEREFORE, the Plaintiff, TIESHA BALDWIN, prays for judgment to be entered by this Honorable Court in her favor and against the Defendant, WALMART, INC., a Foreign Corporation d/b/a "WALMART SUPERCENTER," in an amount exceeding FITY-THOUSAND DOLLARS ($50,000.00) plus costs of suit.

Respectfully submitted,

By: ______________________
Justin Lewicky, Esq.

Justin Lewicky
Attorney for Plaintiff
Disparti Law Group, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
Tel. (312) 506-5511, ext. 528
justin.lewicky@dispartilaw.com
Cook ID 57548



EXHIBIT 1

* 2 0 2 6 0 3 0 2 4 9 *

FILED DATE: 8/14/2026 12:54 PM 2026L009621

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| **TIESHA BALDWIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.** ____________ |
| | ) | |
| **WALMART, INC., a Foreign Corporation d/b/a WALMART SUPERCENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**RULE 222(B) AFFIDAVIT OF DAMAGES**

That I, JUSTIN LEWICKY, an adult over the age of 18, do hereby attest that the damages sought in the instant action exceeds FIFTY-THOUSAND DOLLARS ($50,000.00).

Respectfully submitted,

By: ______________________
Justin Lewicky, Esq.

Justin Lewicky
Attorney for Plaintiff
Disparti Law Group, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
Tel. (312) 506-5511, ext. 528
justin.lewicky@dispartilaw.com
Cook ID 57548



EXHIBIT 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Line #3

Baldwin, Plaintiff(s),

-v-

Walmart, Inc., Defendant(s).

No: 2026L009621

Calendar: F

Filing Date: 8/14/2026

***2005 Trial Setting:** ______

(12 mos or 24 mos from filing date)

***2005 Trial Date:** ______

**CASE MANAGEMENT ORDER**
**(Circle All Applicable Paragraph Numbers)**
**(Parties Must be Identified in All Paragraphs Selected)**

1. (4231) HIPAA Order, treater list, written fact, 213(f)(1), (f)(2), 214 discovery **issued** by: 10/28/26
2. (4296) Written fact, 213(f)(1), (f)(2), 214 discovery **completed** by ______
3. (4218) Party depositions, fact, 213(f)(1) depositions **completed** by: ______
4. (4288) 213(f)(2) subpoenas **issued** by (P) (D) (Other ) by ______
5. (4218) 213(f)(2) depositions **completed** by ______
6. (4231) Dispositive motions **filed** by (P) (D) (Other) by ______
7. (4296) 215 and 216 discovery **completed** by ______
8. (4231) Parties **issue** 213 f(3) interrogatories by: ______
9. (4206) Plaintiff(s)/Defendant(s)/Add'l Party(ies) **answer** 213(f)(3) ______
10. (4218) Plaintiff(s)/Defendant(s)/Add'l Party(ies) 213(f)(3) depositions **completed** by ______

***All discovery shall be completed no later than 60 days before trial (Rule 218).***

11. (4619) The case is continued for CMC on 11/19 at 10 am in Room Court Room 2201 for:

☐ Service ☑ Pleadings ☑ Discovery ☐ Settlement ☐ Atty Appearance ☐ Other

Defendants to answer or otherwise plead by 10/28/2026

***** COPIES OF ALL CMC ORDERS ARE REQUIRED ON ALL CMC COURT DATES *****

**Failure to comply with this order shall be a basis for sanctions under Rule 219(c).**
**Failure to enforce this order shall constitute a forfeiture of such discovery by that party.**

Name Abigail Kapitan
Address 141 W Jackson Blvd Ste 1575
City/State Chicago IL 60604
Telephone 312 566 0040
E-mail abigail.kapitan@gpublaw.com
Atty. For Walmart
Atty. No. 48947

ENTERED
Judge Moira Johnson-1836
OCT 14 2026
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

MJ 1836

JUDGE

EXHIBIT 1